THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Shawn Williams, Appellant.
 
 
 

Appeal From Anderson County
 J. C. "Buddy" Nicholson, Jr.,
Circuit Court Judge

Unpublished Opinion No. 2011-UP-361
 Submitted June 1, 2011  Filed June 30,
2011    

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Robert Dudek, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald
 J. Zelenka, all of Columbia; and Solicitor Christina T. Adams, of Anderson, for
 Respondent.
 
 
 

PER CURIAM: Shawn Williams appeals his conviction for murder, causing the death
 of a child in utero during the commission of a violent crime, and possession of
 a knife during commission of a violent crime.  On appeal, his counsel argues
 the trial court erred in denying his directed verdict motion.  Williams also
 filed a pro se brief.  After a thorough
 review of the record, counsel's brief, and Williams's pro se brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL DISMISSED.  
FEW, C.J., and HUFF and
 KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.